IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY HAJEK and RHONDA HAJEK, | ) | 8:09CV360 |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| ERC PROPERTIES, INC., and ERC | ) | |
| CONSTRUCTION GROUP/LEGACY | ) | |
| HOUSING, and H & S PLUMBING, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 15).

   IT IS ORDERED that a scheduling conference with the undersigned will be held on:

   **Tuesday, March 16, 2010, at 9:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

   DATED this 23rd day of February, 2010.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court