IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LARRY HAJEK and RHONDA HAJEK,  )
                               )
          Plaintiffs,          )      8:09CV360
                               )
     v.                        )
                               )
ERC PROPERTIES, INC., and ERC  )      ORDER
CONSTRUCTION GROUP/LEGACY      )
HOUSING, and H & S PLUMBING,   )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on defendants ERC Properties, Inc., and ERC Construction Group/Legacy Housing's motion to extend deadlines (Filing No. 31). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; the deadline to designate expert witnesses is extended to November 1, 2010.

2) The deadline to complete all fact discovery is extended to November 15, 2010.

3) The deadline to complete all discovery on expert witnesses is extended to December 1, 2010.

DATED this 1st day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court